

Mark Pellegrino

c/o 859 Richmond Avenue

Buffalo, New York Republic

7:22-mc-00249

## AFFIDAVIT OF STATUS

I, a man, Mark Pellegrino, am over the age of consent, am of sound mind, am a creation of God-Almighty and a follower of God's laws first and foremost, and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, as supported by Federal Public Law 97-280, 96 Stat. 1211 - "Whereas the Bible, the Word of God, has made a unique contribution in shaping the United States as a distinctive and blessed nation and people" and "Whereas Biblical teachings inspired concepts of civil government that are contained in our Declaration of Independence and the Constitution of the United States" and "Whereas..the Bible is "the rock on which our Republic rests . I have personal knowledge of the matters stated herein and hereby asseverate, understanding both the spiritual and legal liabilities of, "Thou shalt not bear false witness against thy neighbor".

- I, a man, Mark Pellegrino, claim my body, information, and genetic material, are my Property.

- I, a man, Mark Pellegrino, claim the automobile in this claim as my Property.

- I, a man, Mark Pellegrino, claim c/o 859 Richmond Avenue Buffalo, New York Republic, is my Property.

- I, a man, Mark Pellegrino, am not at Property of PERSONS doing business as STATE OF NEW YORK, COUNTY OF ERIE, OR THE CITY OF BUFFALO.

- I, a man, Mark Pellegrino, have no obligation [contract] with PERSONS doing business as STATE OF NEW YORK, COUNTY OF ERIE, OR THE CITY OF BUFFALO or BUFFALO POLICE DEPARTMENT.

- I, a man, Mark Pellegrino, have not relinquished rights to PERSONS doing business as STATE OF NEW YORK, COUNTY OF ERIE, OR THE CITY OF BUFFALO or BUFFALO POLICE DEPARTMENT.

- I, a man, Mark Pellegrino, have no obligation [contract] to acknowledge, believe, adhere; laws, statutes, ordinances, codes, et. al, authored by PERSONS doing business as STATE OF NEW YORK, COUNTY OF ERIE, OR THE CITY OF BUFFALO or BUFFALO POLICE DEPARTMENT.

- I, a man, Mark Pellegrino, claim that any man, woman, or PERSON doing business as STATE OF NEW YORK, COUNTY OF ERIE, OR THE CITY OF BUFFALO or BUFFALO POLICE DEPARTMENT, who Trespasses against my Property without right, will be held liable.

- I, a man, Mark Pellegrino am coming in as Sui juris and not pro se.

- I, a man, Mark Pellegrino am administrating an Estate, I am the authorized representative of that Estate and also hold power of attorney to that Estate.

- I, a man, Mark Pellegrino am Private Attorney of Fact, competent enough to handle my own affairs with this matter.

I declare and will testify viva voce, in open court, under penalty of perjury that all herein be true. Executed on this 2nd day, of the 9th month, in the year of our Lord and Savior, two thousand twenty-two.

9/2/2022

/s/BY: Pellegrino Mark

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on May 26, 2021.

*Brendan C. Hughes*

Brendan C. Hughes
Executive Deputy Secretary of State

Rev. 10/20

301909 2019 AUG 30 P.M 3:00

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Mark; Pellegrino
c/o 859 Richmond Ave
Buffalo, NY [14222]
Non-Domestic/ Non-Assumptic

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MARK PELLEGRINO TRUST | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 465 GRANT STREET SUITE 1082 | BUFFALO | NY | 14213 | USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
| Not Applicable | | Governmental | N.Y | ☒ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MARK PELLEGRINO TRUST NON-ADVERSEN; ON-BELLIGERENT; NON-COMBATANT PRIVATE FOUNDATIO | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 465 GRANT STREET SUITE 1082 | BUFFALO | NY | 14213 | USA |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
| Not Applicable | | Governmental | NY | ☒ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| Pellegrino | Mark; | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 859 Richmond Ave, | Buffalo | NY | [14222] | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

This is the entry of collateral by Trustee/Secured Party on behalf of the Trust/Estate; MARK : PELLEGRINO TRUST in the Commercial Chamber under necessity to secure the rights, title(s), interest and value therefrom, in and. of the Root of Title from inception, as well all property held in trust including but not limited to DNA, cDNA, cell lines, retina scans, fingerprints and all Debentures, Indentures, Accounts, and all the Pledges represented by same included but not limited to the pignus, hypotheca, hereditments, res, the energy and all products derived therefrom nunc pro tunc, contracts, agreements, and signatures and/or endorsements, facsimiles, printed, typed or photocopied of owner's name predicated on the 'Straw-man,' Ens legisl Trust /Estate described as the debtor and all property is accepted for value and is Exempt from levy. Lein places debtor entities is for all outstanding property still owed but not yet returned to trust from entities such as municipalities, governments and the like, not on trust-entity itself. Trustee is not surety to any account by explicit reservation/ indemnification. The following property is hereby registered and liened in the same: All Certificates of Birth Document 2220-287168, SSN/UCC 087645940 Contract Trust Account.EIN account Number: 84-6541769; is herein liened and claimed at a sum of $100,000,000.00. Also registered driver license 637369532. Security agreement number

Date:                               Signature:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

**FILING NUMBER: 201908300403749**

POWER OF ATTORNEY GENERAL
&
HOLD HARMLESS / INDEMNITY IDENTITY'S
KNOW ALL MEN BY THESE PRESENTS:

[MARK PELLEGRINO], herein reference to as PRINCIPAL, in the County of ERIE of sound mind does appoint [Mark Pellegrino] a non-adverse, non-belligerent, and non-combatant party, as his true and lawful ATTORNEY GENERAL-in-fact.

Any and all powers of ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY does supersede former Attorney In Fact powers, and furthermore current Powers cures all previous signatures given by principal. In the principal's name, and for the principal's use and benefit, said ATTORNEY GENERAL-in-fact has full and complete authorization for the facilitation by the conveyance through any communications in translation for assimilation in account science correction techniques in all facets of interstate, intrastate, domestic, and foreign commerce relations with full protection of Safe Harbour and Sinking Funds Provisions for all accounts, proceeds, products, fixtures, and services such as:

Sell, exchange, buy, invest, and / or reinvest any assets and / or property whether by possession and / or ownership, which may have income production or non-income production assets and property.

Open, maintain, and / or close bank accounts with express provisions for: demand deposit (checks, custodial) accounts, term deposit (savings) accounts, and certificates of deposit, brokerage accounts, and other similar accounts with depository and repository and financial institutions.

Conduct any business with any depository institution, any repository institution, and all financial institution service providers in particular, all issue agents, all transfer agents, and all payout agents with respect to any of the principal's accounts. With express provisions for creation of deposits and withdrawals, acquisition and procurement for all bank statements, passbooks, drafts, money orders, warrants, certificates, stocks, shares, bonds, mortgages, encumbrances, liens, financial obligations, promissory notes, bills of exchange, assigns, hardship claims, abandonment claims, salvage claims, quitclaims, and vouchers, either assignable to, assignable to the order of, payable to, pay to, pay to the order of, or payable to the order of, for the principal by any legal person, body corporate, body politic, body ecclesiastical, and any corporation sole.

Perform any act necessary to deposit, negotiate, sell, transfer, or exchange any legal and / or lawful obligation in the style of a note, security, bond, stock, share, of the Treasury of the United States of America, and all Treasuries of every United Nations Member States and all Foreign Governments and their political subdivisions.

Have access to any safe deposit box whether in possession and / or by ownership with the express provision for the contents.

Take any and all legal/lawful steps necessary to collect any amount or debt due and/or past due, and/or to settle any claim, whether made against or from affirmation on behalf of principal against any other person or entity.

Exercise all stock rights as proxy, with this express provisions for all rights, privileges, and powers with respect to stocks, bonds, debentures, and / or other investments.

Maintain and/or operate any business, personal property, and ownership interests of, with, for, and by principal

FORM PAG03231977 MP

... ... and ... ... ... insurance ... ... ... and / or bond rights ...

Enter into legal and lawful bound contracts on behalf of principal.

Employ professional and business assistance as may be appropriate.

Sell, convey, lease, mortgage, manage, insure, improve, repair, or perform any other act with respect to any of the principal's property whether as current ownership, possession holder, and / or as potential acquisition and procurements of ownership and / or possession placement, with the express provision for real estate, real estate rights, privileges, powers, without limit to the right to remove tenants and/or to recover possession and settlement. This express provision without limit is also for the right to sell and / or to encumber any current homestead possession and / or ownership and / or potential possession and / or ownership.

Transfer any of principal's assets to the trustee of any style of c'est qui trust and / or foreign ... ... whether a ... deed of trust, express trust, irrevocable trust, revocable trust, and/or any other legal and/or lawful creation by principal, whether or not said such trust is in existence at the time of such transfer.

Prepare, sign, and file documents with any governmental body or agency, with the express provision without limit as authorization to implement account science of units of exchange and units of account for all depository and repository events.

Prepare, sign and file income and other tax returns, with federal, state, local, and other governmental bodies.

Obtain information and / or documents from any government and / or its agencies, and negotiate, compromise, and / or settle any matter with such government and / or agency for any/all lawful tax matters.

... ... application, provide information, and perform any other act which is a reasonable request by any government and / or its agencies whom have either a sworn oath, sworn affirmation, sworn affidavit of appointment, and public bond, lawful insurance provider, and lawful re-insurance provider in connection with governmental benefits with the express provision for military benefits, social security benefits, health benefits.

Make gifts from assets to members of family and to such other persons and / or charitable organizations with whom principal does establish a pattern to provide gifts. However, said ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY may not make gifts of the principal's property to the said ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY. The Principal hereby appoints

_Pellegrino Mark_ _____, a non adverse, non belligerent, and non combatant party; of City here ERIE, County of NEW YORK as substitute Authorization Representative and for the sole purpose to provide gifts of property to said ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY as the grant does deem to be appropriate.

Disclaim any interest that might otherwise be a transfer or distribution to principal from any other person, estate, trust, and / or other entity, as may be appropriate.

Said ATTORNEY GENERAL-in-fact shall not be liable for any loss that results from a judgment error that was made in good faith. Wherein, said ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NONCOMBATANT PARTY is given grant for a HOLD HARMLESS and FULL INDEMNITY stance in law, in good faith performance of duty as active action through the authority of

to said ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY

Principal authorizes said ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY to further indemnify and hold harmless any third party who accepts and acts under good faith to uphold this document.

Herein given through gift and by grant to said ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY full power and authority to do all and every act and thing whatsoever requisite and necessary to be done relative to any of the current events, and their continuation as fully to all intents and purposes as principal might or could do if personally present.

All that said ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY shall lawfully do or cause to be done under the authority of this power of ATTORNEY GENERAL NON-ADVERSE,

NON-BELLIGERENT, NON-COMBATANT PARTY is express emergency approval. ALL VALIDED BY THE PRESCRIPTION OF THE LAW OF NECESSITY AND THE DOCTRINES OF UNCONSCIONABILITY AND LA MORT SAISIT LE VIF IN ACCORDANCE WITH APPLICABLE LAWS, CARDINAL ORDERS, ORDINAL ORDERS, AND COMMERCIAL STANDARD PROVIDES FOR FULL ABSOLUTION THROUGH REDEMPTION

BEFORE ME, the undersigned authority, on this 25 day of July 20 19 and personal appearance Mark Pelligrato me well known to be the person whose description is found here in and who does sign and acknowledges to me that he does execute the same freely and voluntarily for the uses and purposes therein expressed.

WITNESS my hand and official seal the date aforesaid

by Mark Pelligrato

NOTARY PUBLIC

Robert J. Wilczak
My commission expires 3/20/21

ROBERT J. WILCZAK
NOTARY PUBLIC-STATE OF NEW YORK
No. 01WI6355838
Qualified in Erie County
My Commission Expires March 20, 2021

Space above this lhit for recording purposes only

# LEGAL NOTICE AND DEMAND
## FIAT JUSTITIA, RUAT COELUM

(Let right be done, though the heavens should tan)

## All State, Federal and International Public Officials,
### THIS IS A CONTRACT IN ADMIRALTY JURISDICTION
### THIS TITLE IS FOR YOUR PROTECTION
Notice to Agent is Notice to Principal. Notice to Principal is notice to Agent.

Attention: Any and all Governments, Municipalities. Cities, Townships, Public Officials, Lending Institutions, brokerage firms, credit unions, depository institutions and insurance agencies, credit bureaus and the aforementioned officers, agents, and employees therein: This is a notice of the law as applicable to your corporate and personal financial liability in the event of any violations upon the rights, privileges and immunities and/or being of Mark: Pellegrino or the trust in representation thereof. This Contract being of honor is presented under the "Good Faith (Oxford) Doctrine."

For a Collateral list that is subject to this documentation please see both Security Agreement under Item No.: 03231977-MP-SA and SCHEDULE A.

Definitions as they apply to this Contract are enclosed in ATTACHMENT "A", and are included as a legal part of this Contract. Any dispute of any definition will be decided by the Undersigned,

I, Mark: Pellegrino, Trustee/Secured Party/Bailee, hereinafter the Undersigned, state the ensuing being of lawful majority age, clear head. and sound mind. All responses, requests and the like henceforth must be presented in writing, signed under penalty of perjury required by your law as shown in this Legal Demand and Notice (hereinafter "Contract"), The law stated herein is agreement/omission/contract/covenant that the Undersigned has entered or agreed to enter into any foreign jurisdiction.

It has recently come to my attention that the IRS, & the SSA, and the federal courts have willfully been making injurious "presumptions" which prejudice my Constitutional rights by trying to associate me with the "idem sonans", which is the all caps version of my Christian name which is in fact a trust previously associated with a "public office" in the United States government by virtue of the Social Security Number attached to it. Further information is to help clear up any presumptions and set the record straight.   03231977-MP-LND

Legal Notice & Demand                    Page 1 of 11

2

03231977-MP-LND

The undersigned tendering this document is a Trustee/Secured Party/Bailee by fact; not:

| | | |
|---|---|---|
| 1) A strawman Vessel in Commerce | | 1) the "United States of America |
| 2) Corporate fiction | of, for, by | 2) The "government of the United States |
| 3) Legal entity | to | 3) The State of New York |
| 4) ens legis | | 4) or to THE UNITED STATES Corporation |
| 5) or transmitting utility | | |

also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the 'STATE OF NEW YORK". or by whatever name same may currently be known or be hereafter named, and the like.

1) A citizen within;
2) Surety for;
3) Subject of;
4) An officer of
5) and does not owe;
   A. Allegiance
   B. fealty, bond
   C. undertaking
   D. Obligation
   E. duty
   F. tax
   G. impost
   H or tribute.

to the "UNITED STATES CORPORATION" [28 U.S.C. §3002(15)(A)]. also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name it may currently be known or be hereafter named, (excluding the "united states of America" and the "government of the United States as created in the original "Constitution for the united States of America", circa In or any of its agencies, or sub-Corporations, including but not limited to any de facto compact (Corporate) commercial STATES contracting therein, including but not limited to the "STATE OF NEW YORK", or by whatever name it may currently be known or hereafter named (excluding the, "Republic of NEW YORK"), and the like,

This is now being a matter of public record.

The Vessel in Commerce known as MARK PELLEGRINO initially created as a trust (also known by identifying numbers 087645940/2220/190389161 by the Government/Parents for the benefit of the Undersigned, Mark: Pellegrino as beneficiary on 03231977 On 27, JULY 2019 a waiver of beneficial position was declared to take up the abandoned

post of Trustee/Secured Party/Bailee to manage the affairs of MARK PELLEGRINO TRUST' for the benefit of beneficiaries thereinafter named in REGISTRY OF TRUST for the following reasons:

> Private Offset Account established at the United States Department of Treasury through a branch of the Federal Reserve Bank will remain in full effect from the initial date of creation with current office holder of Secretary of Treasury being provided appointment to trust to continue as fiduciary.

Fraud gives the victim of the fraud the right to terminate his relationship to the government:

quis custos fraudent pupal" fecerit, a tutela removendus eat, "
If a guardian behaves fraudetiti to his ward, he shall be twuuved from the guardianship. Jenk. Cent 39.
{Bouvier's Maxims of Law, .1856,1

The similarity in the names of the Undersigned and the Vessel in Commerce, two distinct and separate

legal entities, is testament to the undeniable propinquity. MARK PELLEGRINO TRUST originally an incorporeal ovation of Government/Parents, is dependent upon and only exists because Could-Be: Anyone, a Natural Man exists as a living, breathing, flesh and blood sentient being. The Government, being an incorporeal entity can only engage another incorporeal entity, and not a real flesh and blood human, and therefore the creation of a Vessel in Commerce known commonly as MARK PELLEGRINO TRUST° was highly advantageous to Government to interface with.

Since the birth of the Undersigned, the Government has utilized the credit and future earning potential of the Undersigned, establishing and operating a Private Offset Account through the use of the Vessel in Commerce, MARK PELLEGRINO TRUST° without the knowledge, consent, or permission of the Undersigned acting to the detriment of the beneficiary Mark: Pellegrino, against the basic precepts of a trust. During this time the Undersigned has unknowingly been functioning as the manager of the trust, and signing as an authorized representative for the Vessel in Commerce, by signing bank checks, applications for credit and notes on behalf of the Vessel in Commerce. Now, the Undersigned acts knowing not in a beneficial position but as manager/Trustee of the trust. The Undersigned has valid documentation waiving beneficial position for the position of Trustee/Secured Party/Bailee submitted as a matter of public record by which the Undersigned became Trustee/secured party/Bailee to MARK PELLEGRINO TRUST°, and has full operating authority.

The Undersigned having full control of Trust **revokes all** permissions to the Government and/or any political subdivisions/Organizations to use copyrighted TRUST name MARK PELLEGRINO TRUST° TRUST or trust in any fashion except by explicit written request/order in direction otherwise. Said name belongs to Trust in operation by trustees wherein the government/agencies thereof have no control as Trustee/Secured Party/Bailee having full mental capacity and ability to contract as well as natural right to trust holds a common-law trade-name, trademark, MARK PELLEGRINO TRUST°' as authorized representative (Attorney-In Fact), as well as established validity of the Power of Attorney by continual non-contested use. The Private Offset Account established in the name of TRUST is the property of TRUST as well as any value that has been deposited in Private Offset Account is the property of TRUST, as any such value was created from the credit thereof. Account will remain in effect with appointment of fiduciary by form 56.

The Undersigned now tendering this binding Legal Notice and Demand, having hereinabove declared Trustee/Secured Party's/Trusts' proper Legal Status and relation to the "Republic of New York" and to the said de facto compact (Corporate) commercial STATES, including the -STATE OF NEW YORK", or by whatever name it may currently be known or hereafter named, does hereby state that the declarations and statements made herein are the truth, the whole truth and nothing but the truth to the best of Trustee/Secured Party's knowledge. Acknowledged by silence and acquiescence of the NEW YORK SECRETARY OF STATE, also but not limited to any public officers, agents, contractors, assigns. employees, and subsidiaries of said office, regarding the Trustee/Secured Party's "NOTICE and DEMAND", is therefore accepted and agreed to be the truth.

**With** silence of Corporate Office "SECRETARY OF STATE" ratifies severances of any nexus or relationship between Trustee/Secured Party/Trust and the said de facto corporate commercial STATE offices; being fraudulently conveyance, operating under -Color of Authority". Let this be known by the **"Good Faith (Oxford) Doctrine"** to all men and women. The Undersigned nor Trust consent to any warrantless searches, or searches that are not compliant with the "Constitution for the united States of America", all of the Amendments of the Honorable "Bill of Rights", and/or the -Constitution of the State of SPC-State", whether of the Undersigned or trusts dwellings, cars, land crafts, watercrafts, aircraft, the

Undersigned himself and current location, property, hotel rooms, apartments, business records, business, or machinery, vehicles, equipment, supplies, buildings, grounds, land in private possession or control of the Undersigned or Trust, past, present, and future, now and forevermore, so help me God.

This notice is in the nature of a Miranda Warning *"Where rights secured LT the Constitution are involved there can he no rule making or legislation which would abrogate them."* Take due heed of its contents. If, for any reason, you do not understand any of these statements or warnings, it is incumbent upon you to summon a superior officer, special prosecutor, federal judge, or other competent legal counsel, to immediately explain to you the significance of this presentment as per your duties and obligations in respect to this private formal, notarized, registered Statute Staple Securities Instrument. As per Title 11 USC 501(a), 502(a), and Federal Rules of Civil Procedure Sections 8-A, and 13-A, the claim or presumption that I, Mark: Pellegrino or MARK PELLEGRINO TRUST° (simply know herein as Trust) as foretasted am not a citizen within; surety for; subject of; and do not owe allegiance, or fealty as foretasted to the any of the aforementioned or the like, and herein is forever rebutted by this counterclaim in Admiralty.

By this record let it be known that the Undersigned and Trust do not at any time waive any rights, capacities, privileges, immunities, defenses, or protections, as acknowledged by the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of New York", nonetheless, demanding that you protect these as you swore an oath(s) to do so. The Undersigned accepts you're lawfully required "Oath(s) of Office," bonds of any type, insurance policies. CAFR funds, and property of any type for protection and making whole. Furthermore, should you witness any public officers at this time, or any time past, present, or future violate any of the rights, privileges, immunities, defenses, or protections of the Undersigned or the Trust that he represents, it is your sworn duty (of oath) to immediately arrest, or have them arrested. You are legally required to charge them as you should any law breaker, regardless of officer's title, rank, uniform, cloak, badge, position, stature, or office; or you shall henceforth be accountable for monetary damages from, but not limited to, your monetary liability, your corporate bond, compensatory costs, punitive procurements, and sanctioned by attorney attributions.

NOTE: A true and correct notarized copy of this **Statute Staple Securities Instrument** has is on file not only with the Secretary of State's office, but also been delivered to several trusted parties apprising them of the Undersigned's policy of presenting this security instrument to each and every public officer who approaches the Undersigned or the Trust violating the Undersigned and/or Trusts unalienable rights including, but not limited to right of liberty and free movement upon any common pathway of travel. The Undersigned has a lawful right to travel, by whatever means, via land, sea or air, without any officer, agent, employee, attorney, or judge, in any manner willfully causing adverse effects or damages upon the Undersigned by an arrest, detainment, restraint, or deprivation. With regard to any encounter or communication with the de facto compact (Corporate) commercial STATES, including the "STATE OF New York", or by whatever name it may currently be known or be hereafter named, the Undersigned will be granted the status and treatment of a foreign Sovereign, a foreign diplomat, by all customs officials. This document or the deposited copy thereof becomes an evidentiary document certified herein, as if now fully reproduced, should any court action be taken upon the Undersigned as caused by your acts under color of law with you, your officers, and employees.

**Take note;** you are now monetarily liable in your personal and corporate capacity. The Undersigned, notwithstanding anything to the contrary, abides by all laws in accordance with the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of SPC-

State" which are applicable to non-domestic non-assumpsit non-residents on sojourn. The Undersigned wishes no harm to any man or woman. You ogee to uphold my "Right to Travel".

BE WARNED, NOTICED, AND ADVISED that in addition to the constitutional limits on governmental authority included in the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of New York", the Undersigned relies upon the rights and defenses guaranteed under Uniform Commercial Code(s), common equity law, laws of admiralty, and commercial liens and levies pursuant, but not limited to, Title 42 U.S.C.A.(Civil Rights), Title 18 U.S.C.A. (Criminal Codes), Title 28 U.S.C.A. (Civil Codes), to which you are bound by office and oath, the "Constitution of the State of New York-, and New York penal codes, in as much as they are in compliance with the "Constitution for the united States of America". Bill of Rights, and/or the "Constitution of the State of New York", as applicable. There can be no violation of any of these laws unless there is a victim consisting of a natural flesh and blood man or woman who has been injured. When there is no victim, there is no crime committed or law broken.

Remember hi taking a solemn binding oath(s) to protect and defend the original Constitution for the United States of America circa (1787) and/or the Constitution of the State of New York against all enemies, foreign and domestic. Violation(s) of said oath(s) is perjury, being a bad-faith doctrine by constructive treason and immoral dishonor. The Undersigned accepts said Oath(s) of Office that you have sworn to uphold.

This legal and timely notice, declaration, and demand is prima facie evidence of sufficient Notice of Grace. The terms and conditions of this presentment agreement are a quasi-contract under the Uniform Commercial Code and Fair Debt Collections Act. These terms and conditions are not subject to any or all immunities that you may claim, should you in any way violate The Undersigned's rights or allow violations by others. Your corporate commercial acts against The Undersigned or The Undersigned's own and your failures to act on behalf of same, where an obligation to act or not to act exists, are ultra vires and injurious by willful and gross negligence

The liability is upon you, and/or your superior, and upon, including any and all local, state, regional, federal, multijurisdictional, international, and/or corporate agencies, and/or persons representing or attached to the foregoing, involved directly or indirectly with you via any nexus acting with you: and said liability shall be satisfied jointly and/or severally at The Undersigned's discretion. You are sworn to your Oath(s) of Office, and I accept your Oath(s) of Office and your responsibility to uphold the rights of i.e Undersigned or The Undersigned's own at all times.

BILLING COSTS ASSESSED WITH LEVIES AND LIENS AND OR TORT UPON VIOLATIONS SHALL BE:

- **Unlawful Arrest, Illegal Arrest, Restraint, Distraint,** or **Trespassing/Trespass** without a lawful correct and complete 4th amendment warrant: $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

- **Excessive Bail, Fraudulent Bond, Cruel and Unusual Punishment, Violation of Right to Speedy Trial, Violation of Right to Freedom of Speech, Conspiracy, Aid and Abet. Racketeering,** and or **Abuse of** as per Title 18 U.S.C.A., §241 and §242, or definitions contained herein: $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent. or Representative involved.

Legal Notice & Demand